# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DEAN, on Behalf of Herself and all Others Similarly Situated, Plaintiff, <br><br> v. <br><br> COLGATE-PALMOLIVE CO. <br><br> Defendant. | Case No. 5:15-CV-00107-JGB(DTBx) <br><br> **Declaration of Cynthia Rogowski pursuant to Local Rule 79-5.2.2(b)(i)** |

1. My name is Cynthia Rogowski.

2. I am Senior Counsel for Meijer Inc. ("Meijer").

3. I submit this declaration in connection with Plaintiff's Application for Leave to File Documents Under Seal and pursuant to Local Rule 79-5.2.2(b)(i).

4. On April 12, 2016, Meijer sent Plaintiff's counsel a declaration in response to a third-party subpoena. The declaration was designated as confidential.

5. On April 26, 2016, I met and conferred telephonically with Courtney Maccarone, counsel for plaintiff, pursuant to Local Rule 79-5.2.2(b) concerning the confidential designation on the declaration. I agreed to allow plaintiff to publically file the document, but redact only the content in paragraphs 5 through 9.

6. This information is confidential because it relates to the proprietary and confidential business operations of Meijer, including the manner in which Meijer collects and maintains information related to customers and customer purchases as well as personal information of Meijer customers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed May 3, 2016, at Grand Rapids, Michigan.

*/s/ Cynthia Rogowski*

Cynthia Rogowski