# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DEAN, on Behalf of Herself and all Others Similarly Situated, Plaintiff, <br><br> v. <br><br> COLGATE-PALMOLIVE CO. <br><br> Defendant. | Case No. 5:15-CV-00107-JGB(DTBx) <br><br> **Declaration of Caitlin Layton pursuant to Local Rule 79-5.2.2(b)(i)** |

1. My name is Caitlin Layton.

2. I am a Lead Paralegal for Walgreen Co.

3. I submit this declaration in connection with Plaintiff's Application for Leave to File Documents Under Seal and pursuant to Local Rule 79-5.2.2(b)(i).

4. On April 13, 2016, I sent Plaintiff's counsel a declaration in response to a third-party subpoena that was served on Walgreen Co. The declaration was designated as confidential.

5. On April 25, 2016, I met and conferred telephonically with Courtney Maccarone, counsel for plaintiff, pursuant to Local Rule 79-5.2.2(b) concerning the confidential designation on the declaration. I agreed to allow plaintiff to publically file the document, but redact only the number of purchasers of Optic White for which Walgreen maintains identifying information. I requested that the numbers in paragraph 14 and on Table 1 be redacted.

6. It is my understanding that on April 29, 2016, plaintiff filed an application for leave to file certain documents under seal, including the sales numbers in paragraph 14 of my declaration and on Table 1.

7. Upon further consideration, I have determined that the information need not be filed under seal, and my declaration and Table 1 can be publically filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed May 3, 2016, at Deerfield, Illinois.

*Caitlin Layton*

Caitlin Layton