**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Counsel for Plaintiff*

**KIRKLAND & ELLIS LLP**
Jeffrey S. Sinek (State Bar No. 135508)
jeff.sinek@kirkland.com
Robyn E. Bladow (State Bar No. 205189)
robyn.bladow@kirkland.com
333 S. Hope St.
Los Angeles, CA 90071
Telephone: (213) 680-8634
Fax: (213) 680-8500

*Attorneys for Defendant*

*(additional counsel appear on signature page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DEAN, on Behalf of Herself and all Others Similarly Situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>COLGATE-PALMOLIVE CO.<br><br>                        Defendant. | Case No. 5:15-CV-00107-JGB (DTBx)<br><br>**JOINT REPORT FOLLOWING DENIAL OF MOTION FOR TRANSFER AND CONSOLIDATION**<br><br>Hon. Jesus G. Bernal |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On August 8, 2016, this Court stayed this action pending a ruling by the JPML on Melissa L. Vigil's Motion for Transfer and Consolidation of Actions and ordered that "[i]n the event Vigil's Motion is denied by the JMPL, the parties shall jointly file a status report within ten days of such denial."  Dkt. 67.  On October 4, 2016, the JPML denied transfer, suggesting other methods of coordination or use of Section 1404 instead.  *See* MDL No. 2735, Dkt. 15 (10/4/2016 Order Denying Transfer). Accordingly, the parties now submit this joint report.

### The Parties' Positions with Respect to the Other Actions

The parties in the action entitled *Canale v. Colgate-Palmolive Co.*, 16-cv-03308 (S.D.N.Y.), who share counsel with the parties in this action, do not intend to transfer the *Canale* action to this district.  The parties do intend to work cooperatively together to coordinate discovery in this action and the *Canale* action.

As for the *Vigil v. Colgate-Palmolive Co.*, 16-cv-02697 (N.D. Cal.) action, Defendant plans to file a motion to stay that action.

### The Parties' Positions with Respect to the Schedule in this Action

Given the JPML's denial of the Motion for Transfer, the parties agree that briefing on Plaintiff's motion for class certification may resume.

Before Defendant can bring its opposition to Plaintiff's motion, it has requested to take the deposition of Plaintiff's proposed expert, Dr. Sukumar.  While Defendant has taken the deposition of Plaintiff's other expert, Mr. Weir, Dr. Sukumar's deposition was taken off calendar when this action was stayed.  The parties are currently working on scheduling that deposition for a mutually agreeable date.

To allow time for that deposition to take place during the holiday season, and to accommodate holiday travel plans, Defendant proposes filing its opposition on January 17, 2017.

If Defendant files its opposition on January 17, 2017, Plaintiff proposes filing her reply in support of class certification approximately six weeks after Defendant's deadline, on February 24, 2017.

Thereafter, the parties propose that the Court set the matter for hearing on March 13, 2017.

The parties further propose that the Court order that the parties submit a joint status report ten days after this Court's decision on class certification.  In that joint status report, the parties will submit a joint position or competing positions with respect to the remaining deadlines in the case, including deadlines to hear dispositive motions, to submit merits expert reports, and other pretrial and trial deadlines.  In the parties' experience, setting a schedule after the Court decides class certification saves resources, because the Court's decision will impact the scope of the class, if any, and issues in this case.

Dated:  October 14, 2016          **KIRKLAND & ELLIS LLP**

By:___*/s/ Robyn E. Bladow*_____
      Robyn E. Bladow

Jeffrey S. Sinek (State Bar No. 135508)
Robyn E. Bladow (State Bar No. 205189)
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
jeff.sinek@kirkland.com
robyn.bladow@kirkland.com

*Attorneys for Defendant*
*Colgate-Palmolive Company*

Dated:  October 14, 2016

**BURSOR & FISHER, P.A.**


By:_____/s/ Annick M. Persinger_____
                    Annick M. Persinger

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: scott@bursor.com
          ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

**LEVI & KORSINSKY, LLP**
Shane T. Rowley (admitted *pro hac vice*)
Courtney E. Maccarone (admitted *pro hac vice*)
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (866) 367-6510
Email: srowley@zlk.com
          cmaccarone@zlk.com

**THE MARLBOROUGH LAW FIRM P.C.**
Christopher Marlborough (State Bar No. 289219)
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Telephone: 212 991-8960
Facsimile: 212 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.


Dated:  October 14, 2016                    KIRKLAND & ELLIS LLP

By: /s/ *Robyn E. Bladow*
        Robyn E. Bladow

*Attorneys for Defendant*
*Colgate-Palmolive Company*