1  **KIRKLAND & ELLIS LLP**
2  Jeffrey S. Sinek (State Bar No. 135508)
   jeff.sinek@kirkland.com
3  Robyn E. Bladow (State Bar No. 205189)
   robyn.bladow@kirkland.com
4  333 S. Hope St.
   Los Angeles, CA 90071
5  Telephone: (213) 680-8634
6  Fax: (213) 680-8500

7  *Attorneys for Defendant*

8  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
9  L. Timothy Fisher (State Bar No. 191626)
   Annick M. Persinger (State Bar No. 272996)
10 Yeremey O. Krivoshey (State Bar No. 295032)
11 1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
12 Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
13 E-Mail:  scott@bursor.com
14          ltfisher@bursor.com
            apersinger@bursor.com
15          ykrivoshey@bursor.com

16 *Attorneys for Plaintiff*

17 *(additional counsel appear on signature page)*

18
                    **UNITED STATES DISTRICT COURT**
19
                    **CENTRAL DISTRICT OF CALIFORNIA**
20

21 | JACQUELINE DEAN, on Behalf of Herself and all Others Similarly Situated, | Case No. 5:15-CV-00107-JGB (DTBx) |
   |---|---|
   |  | **STIPULATION REGARDING MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE** |
   | Plaintiff, |  |
   | v. |  |
   | COLGATE-PALMOLIVE CO. | Hon. Jesus G. Bernal |
   | Defendant. |  |

27
28

STIPULATION REGARDING MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:15-CV-00107-JGB (DTBx)

Plaintiff Jacqueline Dean and Defendant Colgate Palmolive Company (collectively the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

1. Whereas, on April 29, 2016, Plaintiff filed her motion for class certification, along with two proposed expert reports;

2. Whereas, on June 27, 2016, a motion was filed before the Judicial Panel on Multidistrict Litigation ("JPML") requesting transfer of this action and two other actions to the Southern District of New York;

3. Whereas, on August 18, 2016, this Court stayed proceedings in this case pending a ruling by the JPML on the motion for transfer and ordered, in the event the motion was denied, that the parties file a joint status report within ten days of such denial;

4. Whereas, on October 4, 2016, the JPML denied the motion to transfer;

5. Whereas, on October 14, 2016, the parties filed a Joint Report Following Denial of Motion for Transfer and Consolidation, in which they proposed a briefing schedule for Plaintiff's motion for class certification that has yet to be approved by this Court;

6. Whereas, due to delays attributable to holiday travel, deposition scheduling, and other scheduling matters, the parties have agreed to withdraw the prior proposed schedule (which has not yet been approved by the Court) and replace it with the proposed schedule set forth below;

NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate and propose the following schedule for the remainder of class certification briefing:

1. Defendant's deadline to oppose Plaintiff's motion for class certification, and to file expert reports in support of that opposition, shall be February 7, 2017.

|   |   |   |
|---|---|---|
| 1 | 2. | Plaintiff's deadline to file a reply in support of her motion for class certification, and to file any rebuttal expert reports, shall be March 17, 2017. |
| | 3. | The hearing on Plaintiff's motion for class certification shall be April 3, 2017 at 9:00 a.m., or at another time that is convenient to this Court. |
| | 4. | The Parties shall submit a joint status report ten days after this Court's decision on class certification.  In that joint status report, the parties will submit a joint position or competing positions with respect to the remaining deadlines in the case, including deadlines to hear dispositive motions, to submit merits expert reports, and other pretrial and trial deadlines. |

Dated:  December 22, 2016            **KIRKLAND & ELLIS LLP**

By:  */s/ Robyn E. Bladow*
    Robyn E. Bladow

Jeffrey S. Sinek (State Bar No. 135508)
Robyn E. Bladow (State Bar No. 205189)
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
jeff.sinek@kirkland.com
robyn.bladow@kirkland.com

Nathaniel Kritzer (admitted pro hac vice)
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4833
Fax: (212) 449-4900
nathaniel.kritzer@kirkland.com

*Attorneys for Defendant*
*Colgate-Palmolive Company*

---

STIPULATION REGARDING MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:15-CV-00107-JGB (DTBx)

| | | |
|---|---|---|
| 1 | Dated:  December 22, 2016 | **BURSOR & FISHER, P.A.** |
| 2 | | |
| 3 | | By: ___*/s/ L. Annick M. Persinger*___<br>       Annick M. Persinger |
| 4 | | |
| 5 | | Scott A. Bursor (State Bar No. 276006)<br>L. Timothy Fisher (State Bar No. 191626) |
| 6 | | Annick M. Persinger (State Bar No. 272996)<br>Yeremey O. Krivoshey (State Bar No.295032) |
| 7 | | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596 |
| 8 | | Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700 |
| 9 | | Email: scott@bursor.com |
| 10 | |          ltfisher@bursor.com<br>         apersinger@bursor.com |
| 11 | |          ykrivoshey@bursor.com |
| 12 | | **LEVI & KORSINSKY, LLP** |
| 13 | | Shane T. Rowley (admitted *pro hac vice*)<br>Courtney E. Maccarone (admitted *pro hac vice*) |
| 14 | | 30 Broad Street, 24th Floor<br>New York, New York 10004 |
| 15 | | Telephone: (212) 363-7500<br>Facsimile: (866) 367-6510 |
| 16 | | Email: srowley@zlk.com |
| 17 | |          cmaccarone@zlk.com |
| 18 | | *Counsel for Plaintiff* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION REGARDING MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 5:15-CV-00107-JGB (DTBx)

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: December 22, 2016          **KIRKLAND & ELLIS LLP**

By: ___/s/ Robyn E. Bladow_____
    Robyn E. Bladow