UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 15-107 JGB (RAOx)** | Date | September 21, 2022 |
| Title | *Jacqueline Dean, et al., v. Colgate-Palmolive Co.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order to Show Cause (IN CHAMBERS)**

Over three years ago, on June 24, 2019, the Ninth Circuit affirmed this Court's denial of Plaintiffs' motion for class certification and motion to modify the scheduling order. (See Dkt. No. 144.) Since then, there has been virtually no activity in this case.

Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, it appears that Plaintiffs have failed to prosecute their case with reasonable diligence because their case has laid dormant for over two years.

Accordingly, the Court orders Plaintiffs to show cause in writing no later than **October 7, 2022**, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.