**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

*Counsel for Plaintiffs*

*(additional counsel appear on signature page)*

Robyn E. Bladow (State Bar No. 205189)
robyn.bladow@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street, 37th Floor
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Colgate-Palmolive Company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DEAN and MELANIE BARBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 5:15-CV-00107-JGB-RAO<br><br>Hon. Jesus G. Bernal<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

Plaintiffs Jacqueline Dean and Melanie Barber ("Plaintiffs") and Defendant Colgate-Palmolive Company ("Colgate") (collectively the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

1.      WHEREAS, Plaintiffs filed this action on January 16, 2015.

2.      WHEREAS, the Court denied Plaintiffs' Motion for Class Certification on March 8, 2018.

3.      WHEREAS, the Ninth Circuit Court of Appeals affirmed the Court's order on June 24, 2019.

4.      WHEREAS, due to the denial of the motion for class certification, the amount in controversy in this action no longer satisfies the jurisdictional requirements of 28 U.S.C. § 1332(d).

NOW THEREFORE, pursuant to FRCP 41(a)(1)(A)(ii), the Parties stipulate that this action is dismissed with prejudice with the Parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated:  September 28, 2022          **BURSOR & FISHER, P.A.**


By:   *s/L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**BURSOR & FISHER, P.A**.
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

1

2

3

4

5

6

7

8     Dated:  September 28, 2022

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiffs*

**KIRKLAND & ELLIS LLP**

By: ___*s/Robyn E. Bladow*_____

Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

Sable Hodson (State Bar No. 313252)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
sable.hodson@kirkland.com

*Attorneys for Colgate-Palmolive Company*

## <u>ATTESTATION</u>

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

**BURSOR & FISHER, P.A.**

By:  *s/ L. Timothy Fisher*
       L. Timothy Fisher